**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00092-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN ALI BESS, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 18, 2026 at 10:00 a.m., be vacated and continued to  June 5, 2026  at the hour of 10:00 a..m.

DATED this  23 day of February, 2026.

_____

UNITED STATES DISTRICT JUDGE